IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Criminal No.: 1:08-cr-00464-WDQ |
| DAVID FUNDERBURK | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF APPEAL

Now comes David Funderburk, Defendant, by Howard L. Cardin and Cardin & Gitomer, P.A., his attorneys, and prays this Honorable Court enter an Appeal from the decision of Magistrate Judge Timothy J. Sullivan on May 27, 2014, denying the Defendant's Motion to Modify Conditions Release.

/S/
_____
Howard L. Cardin, Esquire
Federal Bar No. 00459
211 Saint Paul Place
Baltimore, MD  21202
410-727-3868
HCardin@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2014, I filed the above electronically with the Clerk of the United States District Court using CM/ECF with copies to all counsel of record.

/S/
_____
Howard L. Cardin, Esquire